**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Juvenal ABARCA-PARRA,**
**Defendant-Appellant.**

**No. 16-10542**
**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

Date Filed: 12/02/2016

Michelle Thresher Taylor, Arthur Lee Bentley, III, Daniel George, Donald L. Hansen, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Dionja Dyer, Federal Public Defend-

---

752

er's Office, Tampa, FL, Juvenal Abarca-Parra, Cibola County Correctional Institution—Inmate Legal Mail, Milan, NM, for Defendant-Appellant

Before ED CARNES, Chief Judge, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

Stephen Langs, appointed counsel for Juvenal Abarca-Parra in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Abarca-Parra's convictions and sentences are **AFFIRMED**.